474 A.2d 880
## George Joseph FLOYD
v.
## STATE of Maryland.

No. 155, Sept. Term, 1983.

Court of Appeals of Maryland.

May 4, 1984.

Motion for Reconsideration Denied June 7, 1984.

Gary S. Offutt, Asst. Public Defender, Baltimore (Alan H. Murrell, Public Defender, Baltimore, on the brief), for appellant.

Richard B. Rosenblatt, Asst. Atty. Gen., Baltimore (Stephen H. Sachs, Atty. Gen., Baltimore, on the brief), for appellee.

Argued before MURPHY, C.J., ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ., and JAMES C. MORTON, Jr., Retired, Specially Assigned Judge.

ORDER

The Court having granted certiorari in this case and having heard argument on the issues presented in the appellant's brief; and

It appearing that Maryland Rule 813 inhibits the Court from considering the question raised in the appellant's brief, but not raised in the certiorari petition, of whether any evidence was introduced at the sentencing hearing which was legally sufficient to prove the prior District of Columbia conviction relied upon for enhanced punishment under Md.Code (1982 Repl.Vol.) Art. 27, § 643B, it is this 4th day of May, 1984,

ORDERED, by the Court of Appeals of Maryland, that the case is dismissed as improvidently granted without prejudice to appellant's right to seek post conviction relief under Code, Art. 27, § 645A.